IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER, | No. CIV S-07-2511-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TOM FELKER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a 60-day extension of time to comply with the court's December 3, 2007, order to resolve the fee status for this case. Good cause appearing therefor, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 9) is granted; and

2. Plaintiff shall submit, within 60 days of the date of this order, a completed application to proceed in forma pauperis or the filing fee.

DATED: December 17, 2007

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1