1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KEITH RUBEN BRIDGEWATER,              No. CIV S-07-2511-FCD-CMK-P

12            Plaintiff,

13       vs.                              ORDER

14   TOM FELKER, et al.,

15            Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19   pauperis (Doc. 11).  Plaintiff's complaint will be addressed separately.

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.      Plaintiff's motion for leave to proceed in forma pauperis is granted;

24          2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

25   action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

26   / / /

1

1            3.       An initial partial filing fee of $14.54 will be assessed by this order

2   pursuant to 28 U.S.C. § 1915(b)(1);

3            4.       By separate order, the court will direct the appropriate agency to collect

4   the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court;

5   and

6            5.       Thereafter, plaintiff will be obligated for monthly payments of twenty

7   percent of the preceding month's income credited to plaintiff's prison trust account, such

8   payments to be forwarded by the appropriate agency to the Clerk of the Court each time the

9   amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant

10  to 28 U.S.C. § 1915(b)(2).

11

12     DATED:  December 20, 2007

13

14                            **CRAIG M. KELLISON**
                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26