IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER, | No. CIV S-07-2511-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TOM FELKER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 14).  Because the court granted plaintiff leave to proceed in forma pauperis by order issued on December 20, 2007, the instant request is denied as moot.

IT IS SO ORDERED.

DATED: January 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1