# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUBEN BRIDGEWATER,                No. CIV S-07-2511-FCD-CMK-P

    Plaintiff,

  vs.                                                            ORDER

TOM FELKER, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On February 28, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2008, are adopted in full;

2. Plaintiff's equal protection claim is dismissed;

3. Felker and Faulk are dismissed as defendants;

4. This action shall proceed only on plaintiff's retaliation claim against defendant Spalding, Lockart, and Moore; and

5. This matter is referred back to the magistrate judge for further proceedings.

DATED: May 5, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE