IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUBEN BRIDGEWATER,  No. CIV S-07-2511-FCD-CMK-P

      Plaintiff,

  vs.  ORDER

LOCKART, et al.,

      Defendants.

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1). On February 28, 2008, the court issued findings and recommendations that defendants Felker and Faulk be dismissed and that this action should proceed only on plaintiff's claim against defendants Spalding, Lockart, and Moore based on retaliation. All other claims and defendants should be dismissed. On May 6, 2008, the district judge adopted the findings and recommendations, dismissing plaintiff's equal protection claim and defendants Felker and Faulk,[1] and referring the matter back to the undersigned for further proceedings.

---

[1] Lockart is now the lead defendant.

1

1  Based on the February 28, 2008, findings and recommendations and the May 6,
2 2008, order, the court finds that service of the complaint is appropriate and will direct service by
3 the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action
4 cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to
5 comply with this order may result in dismissal of the action.  <u>See</u> Local Rule 11-110.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. The court authorizes service on the following defendant(s):
8   SPALDING,
9   LOCKART, and
10   MOORE
11  2. The Clerk of the Court shall send plaintiff one USM-285 form for each
12 defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed
13 November 13, 2007; and
14  3. Within 30 days of the date of service of this order, plaintiff shall complete
15 the attached Notice of Submission of Documents and submit the following documents to the
16 court:
17   a. The completed Notice of Submission of Documents;
18   b. One completed summons;
19   c. Three completed USM-285 form(s); and
20   d. Four copies of the endorsed complaint filed November 13, 2007.

DATED:  June 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9 KEITH RUBEN BRIDGEWATER,              No. CIV S-07-2511-FCD-CMK-P

10             Plaintiff,

11       vs.

12 LOCKART, et al.,

13             Defendants.

14

15 _____/

16                 NOTICE OF SUBMISSION OF DOCUMENTS

17       Plaintiff hereby submits the following documents in compliance with the court's

18 order:

19

20       __1__       completed summons form;

21       _____       completed USM-285 form(s); and

22       _____       copies of the complaint filed on November 13, 2007.

23

24 DATED: _____                   _____

25                                                       Plaintiff

26