IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER, | No. CIV S-07-2511-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| LOCKART, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' request for an extension of time (Doc. 31) to serve responses to plaintiff's discovery requests. Good cause appearing therefore, the request is granted. Defendants shall have until November 19, 2008, to serve responses.

   IT IS SO ORDERED.

DATED: October 22, 2008

                  _____
                  **CRAIG M. KELLISON**
                  UNITED STATES MAGISTRATE JUDGE