IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH RUBEN BRIDGEWATER,** | 2:07-CV-2511-FCD-CMK-P |
| Plaintiff, | **ORDER** |
| v. | |
| LOCKARD, et al., | |
| Defendants. | |

    Defendants Spalding and Moore have requested an extension of time to serve their interrogatory responses. The request was considered by this Court, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants are granted thirty, to and including November 26, 2008, to serve their responses to Plaintiff's discovery request.

DATED: November 20, 2008

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1