IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUBEN BRIDGEWATER, | No. CIV S-07-2511-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TOM FELKER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Motion for Extention [sic] of Time Based on Defendant(s) Repeated Vague & Incomplete Response(s) to 'Discovery Phase'" (Doc. 35). Plaintiff appears to contend that defendants' responses to his discovery requests are inadequate. He does not, however, attach any discovery requests or responses thereto. Plaintiff states that he seeks an order "to the defendants to reframe [sic] from continual stignation/hinderance [sic] of the Discovery phase, by responding in so vague of manners, to plaintiff's clear and understandable question(s)." He also states that he seeks an extension of time to "respond to defendants 'repeated vagueness.'"

/ / /

It is not clear whether plaintiff is seeking an order compelling further discovery responses, an order extending the time within which to file such a motion, an order extending the time within which to serve additional discovery requests, or some other order directed to defendants. To the extent the motion seeks an order compelling further discovery responses, the court is unable to grant any relief because plaintiff has not attached copies of the discovery requests and responses at issue. To the extent plaintiff seeks an extension of time within which to file a motion to compel, such an order is unnecessary because motions to compel may be filed as late as February 27, 2009. To the extent plaintiff seeks an extension of time within which to serve discovery requests, such an order is also unnecessary because discovery requests may be served as late as December 25, 2008. Plaintiff's instant "motion" (Doc. 35) is denied.

IT IS SO ORDERED.

DATED: December 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE