IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUBEN BRIDGEWATER,   No. CIV S-07-2511-FCD-CMK-P

    Plaintiff,

  vs.   ORDER

LOCKART, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel (Doc. 38). In his motion, plaintiff states that he served interrogatories, requests for production, and requests for admissions on defendants. Copies of the discovery requests are attached to the motion. Plaintiff asks the court to order defendants to "answer fully," to "produce for inspection all requested Documentation," and "that all 'REQUEST FOR ADMISSIONS' be answered in their entirety." He does not, however, provide any indication of how defendants responded to his discovery requests or provide any argument as to how any particular response is inadequate. For this reason, it is impossible for the court to evaluate plaintiff's motion to compel or to grant any relief.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. 38) is denied.

DATED: April 13, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE