IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH RUBEN BRIDGEWATER,** | 2:07-CV-2511-FCD-CMK-P |
| Plaintiff, | **ORDER** |
| v. | |
| **LOCKARD, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to file a motion for summary judgment was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that **the parties** are granted thirty days, to and including June 5, 2009, to file **a** dispositive motion.

DATED: May 4, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1