IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH RUBEN BRIDGEWATER,  No. CIV S-07-2511-FCD-CMK-P

    Plaintiff,

  vs.  ORDER

TOM FELKER, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Final judgment of dismissal was entered on March 19, 2009, and plaintiff filed a timely notice of appeal on April 6, 2010.  Pending before the court is plaintiff's motion for appointment of counsel (Doc. 68).  Because plaintiff's case is now pending in the Ninth Circuit Court of Appeals, plaintiff's motion is denied without prejudice to renewal in that court.  This case remains closed.

    IT IS SO ORDERED.

DATED: April 22, 2010

                                                     CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE